848

No. 73–6555. McClure v. United States. C. A. 8th Cir. Certiorari denied.

No. 73–6556. Bush v. New York. Ct. App. N. Y. Certiorari denied.

No. 73–6561. Gregg v. United States. C. A. 3d Cir. Certiorari denied.

No. 73–6563. Farmer v. United States. C. A. 9th Cir. Certiorari denied.

No. 73–6564. Doe (Dyman) v. United States. C. A. 2d Cir. Certiorari denied.

No. 73–6567. Harbolt v. United States. C. A. 5th Cir. Certiorari denied.

No. 73–6568. Stephens v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 73–6569. Thompson v. United States. C. A. 5th Cir. Certiorari denied.

No. 73–6571. Lewis v. Henderson, Warden. C. A. 5th Cir. Certiorari denied.

No. 73–6572. Quigg v. Warden, Montana State Prison, et al. C. A. 9th Cir. Certiorari denied.

No. 73–6576. Mason v. United States; and
No. 73–6581. Taylor v. United States. C. A. 4th Cir. Certiorari denied. Reported below: 492 F. 2d 1240.

No. 73–6577. Rose v. United States. C. A. 3d Cir. Certiorari denied.